MEMO ENDORSED

**Kauff McGuire & Margolis LLP**
**810 Seventh Avenue, Thirty-Third Floor**
**New York, New York 10019**
**(212) 644-1010 (Tel)**
**(212) 644-1936 (Fax)**
***Attorneys for Defendants***

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-24-26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

THE RADIO, TELEVISION AND RECORDING ARTS PENSION FUND and its BOARD OF TRUSTEES, and

THE RADIO, TELEVISION AND RECORDING ARTS ANNUITY FUND and its BOARD OF TRUSTEES,

Plaintiffs,

-against-

THIRTEEN PRODUCTIONS, LLC, and WNET,

Defendants.

Case No. 1:26-cv-03909-LAK

**DEFENDANT WNET'S NOTICE OF MOTION TO DISMISS THE COMPLAINT**

**Oral Argument Requested**

**PLEASE TAKE NOTICE** that Defendant WNET, by their attorneys Kauff McGuire & Margolis LLP, upon (i) the annexed Memorandum of Law in Support of Defendant WNET's Motion to Dismiss Plaintiff's Complaint ("Complaint") and the exhibits annexed thereto; and (ii) all prior pleadings and proceedings had herein, will move this Court before the Honorable Lewis A. Kaplan, at the Courthouse for the United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY 10007, on a date to be set by the Court, for an Order pursuant to Fed. R. Civ. P. 12(b)(6) granting Defendant WNET's Motion to Dismiss the Complaint in this action against WNET.

Motion denied without prejudice to renewal if case not resolved by 12/31/26 by filing notice of renewal on or before 1/14/27. No new motion papers required.

Lewis A. Kaplan 11/24/26